IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDGAR REED <br> TDCJ-ID #01319540 | § § § | |
| VS. | § | C.A. NO. C-06-071 |
| DOUG DRETKE | § § § | |

**ORDER GRANTING PETITIONER'S**
**<u>MOTION TO PROCEED *IN FORMA PAUPERIS*</u>**

By order and final judgment entered July 5, 2006, the Court denied petitioner's § 2254 petition for habeas corpus relief and request for a certificate of appealability ("COA"). (<u>See</u> D.E. 27, 28). On July 24, 2006, petitioner filed a notice of appeal (D.E. 33), and requested a COA. (D.E. 32, 33). On October 10, 2006, he filed a motion for leave to proceed *in forma pauperis* on appeal. (D.E. 35).

Petitioner's i.f.p. application indicates that he currently has $ 88.25 in his inmate trust fund account. He is incarcerated and has no income. He has received approximately $50.00 a month over the last twelve months from a friend, and his mother and sister have sent him an additional two to three hundred dollars over the same period, so that he could purchase commissary and other personal items. He has no other sources of income or assets.

The filing fee for an appeal is $ 455.00. The Court finds that petitioner is indigent and is not able to pay the filing fee.

Accordingly, petitioner's application to proceed *in forma pauperis* on appeal, (D.E. 35), is GRANTED.

ORDERED this 13th day of November, 2006.

_____
Janis Graham Jack
United States District Judge